UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DARREN E. MCKINNEY (#292477)**          **CIVIL ACTION**

**VERSUS**

**STATE OF LOUISIANA**          **NO.: 13-00461-BAJ-SCR**

## RULING AND ORDER

On July 26, 2013, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Darren Mckinney's action be dismissed as legally frivolous pursuant to 28 U.S.C. § 1915. (Doc. 4.) Plaintiff seeks redress of the laws concerning the state post-conviction relief system.

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 4, at 1.) A review of the record indicates that Plaintiff filed a timely memorandum in opposition to the Magistrate Judge's Report and Recommendation on August 6, 2013. (Doc. 5.)

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 4)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above captioned matter is **DISMISSED**, without leave to amend, because there is no conceivable, non-frivolous federal claim Plaintiff Darren McKinney could assert consistent with the facts alleged in his complaint.

Baton Rouge, Louisiana, this 3rd day of December, 2013.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**